IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BENJAMIN J. RYDER,

    Plaintiff,

  v.                                          Case No.  20-cv-557-wmc

CONAGRA BRANDS, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 9/15/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |